# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DALLAS ROBINSON,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**BRANDY ROBINSON,**<br><br>　　**Defendant.** | Case No. 18-CV-2509-JAR-TJJ |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on October 16, 2018 (Doc. 5). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Teresa J. James, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that that in accordance with the October 16, 2018 Report and Recommendation (Doc. 5), the Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is **DENIED** and Complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: November 5, 2018

　　　　　　　　　　　　　　　　　　　　　S/ Julie A. Robinson
　　　　　　　　　　　　　　　　　　　　　JULIE A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE